901 A.2d 1030

**AMERICAN LAW INSTITUTE, Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

July 20, 2006.

**590**

## ORDER

PER CURIAM.

AND NOW, this 20th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.

Chief Justice CAPPY, Justice NEWMAN and Justice SAYLOR did not participate in the consideration or decision of this matter.